```
1
2
3
4
5
6
7
8             IN THE UNITED STATES DISTRICT COURT
9
10                         CENTRAL DISTRICT
```

| In re: B.M., a minor<br>ALL CASES | Lead Case:<br>LA CV18-03362 JAK (FFMx)<br><br>Related Case:<br>SA CV18-00684 JAK (FFMx)<br><br>**ORDER RE JOINT STIPULATION TO VOLUNTARILY DISMISS CASE WITH PREJUDICE (DKT. 78)**<br><br>JS-6 |
|---|---|

The Court, having reviewed the parties' Joint Stipulation to Voluntary Dismissal of these consolidated matters, LA CV 18-03362 JAK (FFMx) and SA CV 18-00684 JAK (FFMx), and request that the Court retain jurisdiction over implementation and enforcement of the agreement, hereby **GRANTS** the Stipulation. Accordingly, the cases are

1

dismissed with prejudice.  The Court will continue to exercise jurisdiction over the Agreement should any action for implementation or for enforcement be required.  Any pending hearings in this matter are vacated.

　　　　IT IS SO ORDERED.

Dated: January 21, 2020

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE